**1339** HENDERSON vs. DARLING (Supervisor Township of Woodstock), No. 13094.

To compel respondent to spread upon the roll certain drain taxes.

Granted October 26, 1892, with costs.

The tax was for cleaning out a drain, and the defense was that the proceedings to lay the drain were void, but no question ·had been raised relative to the original proceedings, and all had acquiesced therein. Held no defense.

**1340** SNYDER vs. SUPERVISORS OF TOWNSHIPS OF ATTICA, ARCADIA, BURNSIDE AND GOODLAND, No. 15969.

To compel respondents to spread upon the tax rolls of their several townships a drain tax ordered spread by the board of supervisors, but which respondents refuse to spread because they deem it illegal.

Peremptory writ granted December 9, 1896, on application for certiorari to Lapeer.